*Randal S. Mashburn*
U.S. Bankruptcy Judge

Dated: 10/10/2013



BTW

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  12-05774-RM3-13

RAMON ANTONIO SCOTT
SAMIA NENE SCOTT  10/10/2013
3578 ALBEE DR
HERMITAGE, TN 37076-2711
 SSN XXX-XX-8751      SSN XXX-XX-8977

**AGREED ORDER ALLOWING PLAN TO CONTINUE AND**
**PLACING DEBTOR(S) ON PROBATION**

It appears to the Court that the Trustee has filed a Motion To Dismiss the above-styled case due to the failure of the debtor(s) to make payments as required by the Chapter 13 plan previously confirmed by the Court. It further appears to the Court that the Trustee and the debtor(s) have agreed to allow the plan to continue. It is therefore

ORDERED, that the Trustee's Motion To Dismiss is denied; it is further

ORDERED, that the Debtor(s) shall forward all tax refunds received subsequent to this order to the trustee for application to the plan; it is further

ORDERED, that the Debtor(s) shall attend a Financial Management Class approved by the Trustee; it is further

ORDERED, that it is the obligation of the debtor(s) to make all future payments in accordance with the confirmed Chapter 13 plan and that should the debtor(s) fail to make any payment as required, this case will be dismissed upon filing of notice by the Trustee, without further hearing; it is further

It is further

ORDERED that the payroll deduction for **SAMIA NENE SCOTT** be modified in this case, to an amount equal to **$294.75 BI-WEEKLY**, in order that the plan be completed within the sixty (60) months of confirmation.

APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE
TOP OF THE FIRST PAGE.

AGREED TO:

/s/ EDGAR M ROTHSCHILD
ROTHSCHILD AND AUSBROOKS PLLC

ATTY FOR THE DEBTOR
1222 16TH AVE SOUTH SUITE 12
NASHVILLE, TN 37212
PHONE NO. 615-242-3996
notice@rothschildbklaw.com
FAX NO. 615-242-2003

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.